IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| KAJEET, INC., | § § | Case No. 6:20-cv-203-ADA |
| Plaintiff, | § § | **JURY TRIAL DEMANDED** |
| v. | § § | |
| LIGHTSPEED SOLUTIONS, LLC | § § | |
| Defendant. | § § | |

## NOTICE OF READINESS FOR INITIAL CASE MANAGEMENT CONFERENCE

Pursuant to the Court's Standing Order Regarding Notice of Readiness in Patent Cases, Plaintiff Kajeet, Inc. ("Kajeet") submits this Notice of Readiness for Initial Case Management Conference.

## PENDING MOTIONS

There are currently no pending motions.

## DEFENDANT

Kajeet filed this case on March 20, 2020, and Defendant Lightspeed Solutions, LLC ("Lightspeed") filed its Answer, Affirmative Defenses, and Counterclaims to Plaintiff's Original Complaint on July 30, 2020 [Dkt. 1, 22].

## RELATED CASES

Kajeet filed a related case in this District involving the same patent in the matter styled *Kajeet, Inc. v. Jamf Software, LLC*, Civil Action No. Case No. 6:20-cv-0302-ADA, on April 21, 2020. Defendant Jamf Software, LLC ("Jamf") filed its Answer to Plaintiff's Complaint on August 21, 2020. Kajeet waited until both Defendants Lightspeed and Jamf filed their Answers

before submitting this Notice of Readiness, which is being contemporaneously filed in both of these cases.

Kajeet recently filed a third case involving the one of the same patents in this District against Asavie Technologies Limited ("Asavie") on July 31, 2020. *See Kajeet Inc. v. Asavie Technologies Limited*, Civil Action No. 6:20-cv-705-ADA. Defendant Asavie has not yet been served or filed its Answer to Plaintiff's Complaint. While the Court's Standing Order requires Plaintiff to Notify the Court when all defendants have responded to the initial pleadings, Kajeet did not want to delay the first two cases further based on the newly filed Asavie case and respectfully requests that the Court set an Initial Case Management Conference for the cases against Defendants Jamf and Lightspeed.

Respectfully submitted,

/s/ Jonathan T. Suder
Michael T. Cooke
Corby R. Vowell
Richard A. Wojcio
FRIEDMAN, SUDER & COOKE
604 East 4th Street, Suite 200
Fort Worth, TX 76102
817-334-0400
Fax: 817-334-0401
jts@fsclaw.com
mtc@fsclaw.com
vowell@fsclaw.com
wojcio@fsclaw.com

**ATTORNEYS FOR KAJEET, INC.**

### CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of August, 2020, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Western District of Texas, Waco Division using the electronic case filing system of the court.  The electronic case filing system

sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ Jonathan T. Suder