IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| KAJEET, INC., | § | |
| | § | Case No. 6:20-cv-203-ADA |
| Plaintiff, | § | |
| | § | **JURY TRIAL DEMANDED** |
| v. | § | |
| | § | |
| LIGHTSPEED SOLUTIONS, LLC | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFF'S NOTICE OF NON-OPPOSITION TO DEFENDANT'S MOTION FOR INTRA-DISTRICT TRANSFER OF VENUE TO THE AUSTIN DIVISION OF THE WESTERN DISTRICT OF TEXAS**

On September 8, 2020, Defendant Lightspeed Solutions, LLC's ("Lightspeed") filed a Motion for Intra-District Transfer of Venue to the Austin Division of the Western District of Texas. Dkt. 30. Plaintiff Kajeet, Inc. ("Kajeet") opposed this Motion because there were two other related cases that Kajeet had pending in the Waco Division involving the same patent-in-suit here. See *Kajeet, Inc. v. Jamf Software, LLC*, Civil Action No. Case No. 6:20-cv-0302-ADA and *Kajeet Inc. v. Asavie Technologies Limited*, Civil Action No. 6:20-cv-705-ADA. Both of those other cases have now been resolved. The case against Asavie Technologies Limited has already been dismissed, and the dismissal papers in the case against Jamf Software, LLC have been filed. Based on the particular facts presented in Lightspeed's Motion, Kajeet would not have otherwise opposed the intra-district transfer.

Accordingly, Kajeet withdraws its Opposition to Lightspeed's Motion to transfer this case to the Austin Division. As Lightspeed requested in its Motion, Kajeet likewise requests that the Court keep this case on its docket and maintain the same schedule as agreed by the parties.

| | |
|---|---|
| Dated: October 19, 2020 | /s/ Jonathan T. Suder<br>Michael T. Cooke<br>Corby R. Vowell<br>Richard A. Wojcio<br>FRIEDMAN, SUDER & COOKE<br>604 East 4th Street, Suite 200<br>Fort Worth, TX 76102<br>817-334-0400<br>Fax: 817-334-0401<br>jts@fsclaw.com<br>mtc@fsclaw.com<br>vowell@fsclaw.com<br>wojcio@fsclaw.com |

**ATTORNEYS FOR KAJEET, INC.**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above document was served on all counsel of record via email on October 19, 2020.

/s/ Jonathan T. Suder