IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

KAJEET, INC.,                                §
                                             §
        Plaintiff,                           §          Case No. 6:20-cv-203-ADA
                                             §
v.                                           §          JURY TRIAL DEMANDED
                                             §
LIGHTSPEED SOLUTIONS, LLC,                   §
                                             §
        Defendant.                           §

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the Joint Motion to Dismiss filed by Plaintiff, KAJEET, INC.

("Kajeet") and Defendant LIGHTSPEED SOLUTIONS, LLC ("Lightspeed"), in which the

parties request a dismissal of all claims and counterclaims by and between Kajeet and Lightspeed

with prejudice.

It is **ORDERED** that all claims and counterclaims by Kajeet against Lightspeed and by

Lightspeed against Kajeet are hereby **DISMISSED WITH PREJUDICE**, with each party to

bear its own costs and attorney's fees.

SIGNED this ___3rd___ day of ___December___, 2020.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

1